THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMPIRE
    MORTGAGE COMPANY, Respondent, *v.* JACOB A. CANTOR
    et al., as Commissioners of Taxes and Assessments
    of the City of New York, Appellants.

*Tax — assessment of real property — overvaluation.*

*People ex rel. Empire Mortgage Co.* v. *Cantor*, 197 App. Div. 437,.
affirmed.

(Argued June 1, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
.July 1, 1921, which reversed on certiorari an order of
Special Term confirming assessments for purpose of
taxation for the year 1918 upon property of relator and
reduced said assessments. The Appellate Division held
that the assessments were based upon an overvaluation
of the property.

*John P. O'Brien, Corporation Counsel* (*William H.
King* and *Charles E. Lalanne* of counsel), for appellants.

*Franklin Grady* and *Henry De Forest Baldwin* for
respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.